**No. 55220.**—Emil Buschoff & Co., Inc., et al. *v.* United States, protests 165960–K, etc. (New York).

Opinion by MOLLISON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, FEBRUARY 6, 1951

**No. 55221.**—American Merchandise Co., Inc. *v.* United States, protest 38660–K (New York).

Opinion by LAWRENCE, J.   The protest was dismissed.

BEFORE THE FIRST DIVISION, FEBRUARY 8, 1951

**No. 55222.**—Sandoz Chemical Works, Inc. *v.* United States, protest 151655–K (New York).

Opinion by COLE, J.   In accordance with stipulation of counsel that the merchandise consists of cedilanid substance and digilanid substance the same in all material respects as the commodity passed upon in *Sandoz Chemical Works, Inc.* v. *United States* (25 Cust. Ct. 115, C. D. 1273), the claim of the plaintiff was sustained.

Opinion by COLE, J.   In accordance with stipulation of counsel that the merchandise consists of cedilanid substance, digitalis glucosides, digilanid substance, and gynergen substance the same in all material respects as the commodity passed upon in *Sandoz Chemical Works, Inc.* v. *United States* (25 Cust. Ct. 115, C. D. 1273), the claim of the plaintiff was sustained.